**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **IN RE:** | Case No. 21-42896-mar |
| **LESHAWNA RENAY WALKER** | Hon. Mark A. Randon |
| DEBTOR | Chapter 13 |

_____/

**STIPULATION FOR ENTRY OF ORDER ADJOURNING**
**341 MEETING AND CONFIRMATION HEARING**

Debtor and the Chapter 13 Trustee, through their respective counsel, stipulate to entry of the attached order.

Dated: June 16, 2021

Respectfully submitted,

/s/ *Margaret Conti Schmidt*
_____
Krispen S. Carroll (P49817)
Maragaret Conti Schmidt (P42945)
Chapter 13 Trustee
719 Griswold Street
Detroit, Michigan 48226
(313) 962-5035   Fax (313) 965-1940
notice@det13ksc.com

**METRO DETROIT BANKRUPTCY LAW GROUP**

_____
**By: STUART SANDWEISS (P60921)**
Attorneys for Debtor
18481 West Ten Mile Road, Suite 100
Southfield, Michigan 48075-2621
(248) 559-2400   Fax (248) 971-1500
stuart@metrodetroitbankruptcylaw.com

